**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------X
UNITED STATES OF AMERICA,     :    **20 CR 44 (VM)**
                            :
        -against-         :
                            :    **ORDER**
MIGUEL FRIAS,               :
                            :
            Defendant.   :
------------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

Defense counsel writes with the consent of the Government to request that the conference for the above-named defendant scheduled for March 20, 2020 be adjourned. (See Dkt. No. 15.) The conference shall be rescheduled for Friday, June 19, 2020, at 1:45 p.m.

All parties consent to an exclusion of time from the Speedy Trial Act until June 19, 2020.

It is hereby ordered that the adjourned time shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the defendant and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. § 3161(h)(7)(B)(i) & (iv).

**SO ORDERED:**

Dated:    New York, New York
           24 March 2020

                              _____
                                  Victor Marrero
                                  U.S.D.J.