USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: June 15, 2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
UNITED STATES OF AMERICA,          :     **20 CR 44 (VM)**
                                   :
        -against-                  :
                                   :     **ORDER**
MIGUEL FRIAS,                      :
                                   :
              Defendant.           :
----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

     The Court previously scheduled a conference in the above-referenced matter for Friday, June 19, 2020. (See Dkt. No. 16.) Due to the ongoing coronavirus pandemic, the conference will take place by telephone. As scheduled with the Metropolitan Correctional Center ("MCC"), where the defendant is housed, the conference will take place on Friday, June 19, 2020, at 9:00 a.m.

     Counsel is directed to use the following dial-in: 888-363-4749 (international callers dial 215-446-3662); access code 8392198.

**SO ORDERED.**

Dated:   New York, New York
         15 June 2020

                                             Victor Marrero
                                             U.S.D.J.