USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: September 4, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

— against —

MIGUEL FRIAS,

Defendant.

20 CR 44(VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

Counsel for the defendant, with the consent of counsel for the Government, requests that the conference currently scheduled for Friday, September 18, 2020 at 10:30 a.m. be adjourned. (See Dkt. No. 18.) The conference shall be rescheduled for Friday, October 16, 2020 at 1:30 p.m.

All parties to this action consent to an exclusion of the adjourned time from the Speedy Trial Act to October 16, 2020.

It is hereby ordered that the adjourned time shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the defendants and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

**SO ORDERED:**

Dated: New York, New York
       4 September 2020

Victor Marrero
U.S.D.J.