```
                                        USDC SDNY
                                        DOCUMENT
                                        ELECTRONICALLY FILED
                                        DOC #:_____
                                        DATE FILED: October 9, 2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                        :
UNITED STATES OF AMERICA                :
                                        :     **ORDER**
        - v. -                          :
                                        :     20 Cr. 44 (VM)
MIGUEL FRIAS,                           :
                                        :
                Defendant.              :
                                        :
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

WHEREAS this Court has referred this matter to the Magistrate Judge on duty for the purpose of permitting Miguel Frias, the defendant, to enter a guilty plea in the above-captioned matter;

WHEREAS the defendant is or shall be scheduled to enter a guilty plea before the Honorable James L. Cott, United States Magistrate Judge, during the week of October 19, 2020;

WHEREAS the defendant has requested that his guilty plea be taken remotely by video conference or by telephone conference, if video conference is not reasonably available;

WHEREAS the ongoing COVID-19 pandemic necessitates that the proceeding take place remotely;

WHEREAS the Coronavirus Aid, Relief, and Economic Securities Act; findings made by the Judicial Conference of the United States; and the June 24, 2020 Amended Standing Order of Chief Judge Colleen McMahon of the Southern District of New York allow for guilty pleas to be taken by video conference, or telephone conference if videoconferencing is not reasonably available, subject to certain findings made by the District Judge assigned to the matter;

THE COURT HEREBY FINDS that defendant Miguel Frias has consented to proceeding remotely and, for the reasons set forth in the parties' application dated October 5, 2020, the plea

proceeding cannot be further delayed without serious harm to the interests of justice and therefore may proceed remotely by telephone conference.

    SO ORDERED.

Dated:  New York, New York
         October 9, 2020

                                                  Victor Marrero
                                                    U.S.D.J.