**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------X
UNITED STATES OF AMERICA,            :
                                     :
                                     :        20 CR 44(VM)
        -against-                    :          ORDER
                                     :
MIGUEL FRIAS,                        :
                                     :
            Defendant.               :
---------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

In light of the ongoing public health emergency, the sentencing before the Honorable Victor Marrero on Friday, February 19, 2021 at 9:00 a.m. shall be a teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

The parties are further directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19, available on the Court's website: https://nysd.uscourts.gov/hon-victor-marrero.

**SO ORDERED:**

Dated:   New York, New York
         17 February 2021

_____
Victor Marrero
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: February 17, 2021